528

658 A.2d 788

**David NEUMAN, Appellant,**

v.

**HIGH REACH COMPANY, INC., and
JLG Industries, Inc., Appellees,**

v.

**McCLURE COMPANY, INC., Additional Appellee.**

Supreme Court of Pennsylvania.

Argued April 27, 1995.

Decided May 19, 1995.

Debra A. Denison, Theodore A. Adler, Camp Hill, for D. Neuman.

Arthur H. Stroyd, Pittsburgh, for JLG Industries.

Alan R. Boynton, Jr., Harrisburg, for High Reach Co.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.